UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Brian Garnes

Case No.: 20-11001 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __March 17, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 185 Martins Way, No. Plainfield, NJ   Value about $300,000

Liens on property: Amerihome Mortgage     Balance about $344,100

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                        Case No. 20-11001-RG
Brian Garnes                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db              Brian Garnes,    185 Martins Way,    North Plainfield, NJ 07060-3934
518671962      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls D,
                 Wilmington, DE 19808)
518671963      +Amerihome Mortgage,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-7728
518671966      +Citi Financial Auto,    Po Box 183036,    Columbus, OH 43218-3036
518671968      +Retro Fitness,    Po Box 6800,    Sherwood, AR 72124-6800
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 02:38:09
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:07
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518671964      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 02:37:06      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518671965      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 19 2020 02:38:25
                 Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
518682016      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 02:36:19
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518671967      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 02:33:19      Midland Credit Management,
                 PO Box 60578,    Los Angeles, CA 90060-0578
518671969      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:37:53      Syncb,    Po Box 965036,
                 Orlando, FL 32896-5036
518673573      +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518671970      ##+Wells Fargo,    Po Box 25341,    Santa Ana, CA 92799-5341
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Brian  Garnes gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
```

```
District/off: 0312-2           User: admin                  Page 2 of 2               Date Rcvd: Feb 18, 2020
                               Form ID: pdf905              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 5